IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**QUINTON JOHNSON,**

    Petitioner,

vs.                                          5:05-CV-003-SPM

**JAMES V. CROSBY, JR.**

    Respondent.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE**

      **THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 15) dated November 2, 2005. The parties have been furnished a copy and have been afforded an opportunity to file objections. Petitioner filed his objections on November 21, 2005 (doc. 16).

      Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made. Petitioner simply disagrees with the magistrate's legal analysis of the issues and spends six pages discussing his differing interpretation of the caselaw. I find that both the state court and the magistrate were correct in their assessments, and Petitioner's arguments to the contrary are unavailing. Accordingly, it is

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's report and recommendation (doc. 15) is adopted and incorporated by reference in this order.

2. Plaintiff's petition for writ of habeas corpus (doc. 1) is hereby *denied.*

3. This case is *dismissed with prejudice.*

**DONE AND ORDERED** this twenty-sixth day of November, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao